RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAMÓN ACOSTA
Assistant Public Defender
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
Telephone: (775) 321-8451
Facsimile: (775) 784-5369

Counsel for MARIA DEL CARMEN RODRIGUEZ-LUNA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA DEL CARMEN RODRIGUEZ-LUNA<br><br>Defendant. | 3:14-cr-00062-MMD-WGC<br><br>ORDER |

Upon Good Cause and unopposed Motion made before this Court, IT IS HEREBY ORDERED that the Washoe County Detention Center permit contact visitation between Maria Del Carmen Rodriguez-Luna and her daughter Kayla Rodriguez-Luna, D.O.B., May 2, 2014. The details and logistics of any such visitation remains within the authority and discretion of the Washoe County Detention Center.

DATED this 5th day of December, 2014.

_____
United States Magistrate Judge

1